LAWRENCE G. BROWN
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAEEDUR RAHMAN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Eric H. Holder, Jr., Attorney General, et al.<br><br>　　Defendants. | No. 09-cv-2398 JAM KJM<br><br>STIPULATION AND ORDER RE: DISMISSAL |

This is an immigration case in which plaintiff sought to challenge the delay in the adjudication of his application for naturalization pursuant to 8 U.S.C. § 1447(b). Because the plaintiff was recently indicted, EDCA 09-cr-437, the parties agree that the § 1447(b) action is not appropriate at this juncture, and hereby stipulate to the dismissal of this lawsuit.

Dated: October 27, 2009

　　　　　　　　　　　　　　　　　　LAWRENCE G. BROWN
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　By:　　/s/Audrey Hemesath
　　　　　　　　　　　　　　　　　Audrey B. Hemesath
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　Attorneys for the Defendants


　　　　　　　　　　　　　By:　　/s/ Shah Peerally
　　　　　　　　　　　　　　　　　Shah Perrally
　　　　　　　　　　　　　　　　　Attorney for the Plaintiff

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed.

IT IS SO ORDERED.

DATED: November 19, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE